**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| JASON HARLOFF, Derivatively on Behalf of Nominal Defendant WARNER BROS. DISCOVERY INC., <br><br> Plaintiff, <br><br> vs. <br><br> DAVID ZASLAV, GUNNAR WIEDENFELS, LI HASLETT CHEN, RICHARD W. FISHER, PAUL A. GOULD, KENNETH W. LOWE, JOHN C. MALONE, FAZAL MERCHANT, PAULA A. PRICE, SAMUEL A. DI PIAZZA, DEBRA L. LEE, and GEOFFREY Y. YANG, <br><br> Defendants, <br><br> WARNER BROS. DISCOVERY, INC., <br><br> Nominal Defendant. | Case No. 1:25-cv-00207-JLH |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Jason Harloff ("Plaintiff"), through his designated counsel, hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice. No compensation in any form has passed directly or indirectly from any of the Defendants to Plaintiff or counsel for Plaintiff, and no promise to give any such compensation has been made. Defendants have filed neither an answer nor a motion for summary judgment in the Action. Each party to bear his or its own costs.

Dated: March 31, 2025                                    */s/ Ryan M. Ernst*
                                                         **BIELLI & KLAUDER, LLC**
                                                         Ryan M. Ernst, Esq. (No. 4788)
                                                         1204 N. King Street
                                                         Wilmington, DE 19801
                                                         Main: (302) 803-4600
                                                         Direct: (302) 321-5411
                                                         rernst@bk-legal.com

                                                         *Attorneys for Plaintiffs*

**LIFSHITZ LAW PLLC**
Joshua M. Lifshitz
1190 Broadway
Hewlett, NY 11557
Telephone: (516) 493-9780
Facsimile: (516) 280-7376


       IT IS SO ORDERED this ____ day of _____, 2025.


                                                         _____
                                                         UNITED STATES DISTRICT JUDGE

2